**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:
Kathleen Rocheska                                              Case # 08-15033-RGM

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| KATHLEEN ROCHESKA<br>205 Yoakum Parkway<br>Unit 423<br>Alexandria, VA 22304 | $10.00 |

Dated:       October 22, 2009            __/s/Thomas P. Gorman _____
                                         Thomas P. Gorman
                                         300 North Washington Street, Ste. 400
                                         Alexandria, VA 22314
                                         (703) 836-2226
                                         VSB#26421